AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |
| **DOCKET NO.** 14-2765 | **DATE FILED** 5/14/14 |
| **PLAINTIFF**<br>MALIBU MEDIA, LLC | **DEFENDANT**<br>JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 69.249.200.143 |

| | COPYRIGHT | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SEE ATTACHED | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 69.249.200.143

**ISP:** Comcast Cable
**Location:** Philadelphia, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 02/02/2014 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 04/30/2014 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/25/2013 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 03/07/2014 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 04/29/2014 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 01/05/2014 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 10/20/2012 |
| Hot Chocolate | PA0001859657 | 07/11/2013 | 08/02/2013 | 03/14/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 03/01/2014 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 04/29/2014 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 10/20/2012 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 08/13/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 04/30/2014 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 10/20/2012 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 04/29/2014 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 04/29/2014 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 04/28/2014 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 04/28/2014 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 10/22/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 19**

EXHIBIT B

EPA365